UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Chambers Minute Sheet

Date  May 23, 2011  Judge  Audrey G. Fleissig  Case No. 4:11CV695AGF

_____Raymond Tetrault, et al._____ v. _____United Parcel Service Company_____

Court Reporter _____ Deputy Clerk _____

Attorneys for Plaintiff _____John Wendler (via phone: 618/830-9785)_____

Attorneys for Defendants  Daniel O'Toole _____

☐  Sealed Proceeding

| Criminal | Civil |
|---|---|
| ☐ Initial Appearance | ☒ Rule 16 Conference |
| ☐ Bond Review | ☐ Non-Final Pretrial Conference |
| ☐ Motion Hearing | ☐ Status Conference |
| ☐ Status Conference | ☐ Motion Hearing |
| ☐ Refusal of a Search Warrant | ☐ Settlement Conference |
| ☐ Ex Parte Orders (not captured elsewhere) | ☐ Final Pretrial Conference |
| ☐ _____ | ☐ Instruction Conference |
|  | ☐ Telephone Conference |
|  | ☐ _____ |

Parties present for hearing on Rule 16 Conference.  Case Management Order to issue.

_____

_____

_____

RULING:     GRANTED _____; DENIED _____; OTHER _____

Proceeding commenced 1:00 PM              Proceeding concluded 1:23 PM

Next hearing date/time _____ Type of hearing _____